No. 82–711.  RAILWAY LABOR EXECUTIVES' ASSN. *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AU-

1088

THORITY. Sp. Ct. R. R. R. A. Certiorari denied.